## Commonwealth *v.* Keen, Appellant.

Argued September 29, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Alan Frank,* with him *Norman Paul Wolken,* for appellant.

*Edwin J. Martin,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Opinion Per Curiam, November 14, 1967:
Judgment affirmed.

Mr. Justice Roberts took no part in the consideration or decision of this case.